U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DIRECTV, INC. | CIVIL ACTION NO. 03-2172 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIE PETERSON and DANNY KELLEY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

This matter is before the Court on Plaintiff's Amended Motion for Default Judgment [Doc. No. 30] against Danny Kelley pursuant to Rule 55 of the Federal Rules of Civil Procedure. Having thoroughly reviewed the record, including the affidavits, evidence and the supporting memorandum filed therein, the Court finds that Plaintiff is entitled to a judgment of default against Danny Kelley.

Therefore:

**IT IS ORDERED** that Plaintiff's Amended Motion for Default Judgment [Doc. No. 30] shall be **GRANTED in part** and **DENIED in part**;

**IT IS FURTHER ORDERED** that Plaintiff shall be **GRANTED** default judgment on the claims pursuant to 47 U.S.C. § 605(a) and 18 U.S.C. § 2511;

**IT IS FURTHER ORDERED** that Plaintiff's claims pursuant to 47 U.S.C. § 605(e)(4) shall be **DISMISSED**;

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded $10,000.00 in statutory damages, in addition to post judgment interest, pursuant to 18 U.S.C. § 2520(c)(2)(B);

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded $1,261.50 in attorneys fees and $297.23 in costs.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment [Doc. No. 19] shall be **DENIED AS MOOT**.

Shreveport, Louisiana, this 10th day of November, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE